UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Norfolk Division

RICHARD R.,[1]

        Plaintiff,

    v.                                    CIVIL NO. 2:25-cv-484

FRANK BISIGNANO,[2]
COMMISSIONER OF SOCIAL SECURITY,

        Defendant.

FINAL ORDER

I.

This matter comes before the court on Plaintiff's Objection, ECF No. 14, to the Magistrate Judge's Report and Recommendation, ECF No. 13 ("R&R"), and Defendant's Response to Plaintiff's Objection, ECF No. 15. On October 2, 2025, this matter was referred to United States Magistrate Judge Douglas E. Miller pursuant to 28 U.S.C. § 636(b)(1)(B), thereby designating him to "conduct hearings, including evidentiary hearings, if necessary, and to submit to [the undersigned district judge] proposed findings of fact, if applicable, and recommendations for the disposition of this matter." ECF No. 5. The Magistrate Judge's R&R was filed on

_____

[1] In accordance with a committee recommendation of the Judicial Conference, Plaintiff's last name has been redacted for privacy reasons. See Comm. on Ct. Admin. & Case Mgmt. Jud. Conf. U.S., Privacy Concern Regarding Social Security and Immigration Opinions 3 (May 1, 2018).

[2] Since the filing of the case, Frank Bisignano became the Commissioner of Social Security. He is therefore automatically substituted as a party in this case. See Fed.R.Civ.P. 25(d)(1).

May 18, 2026, recommending that the court deny Plaintiff's requested relief, ECF No. 10, and affirm the decision of the Commissioner of Social Security ("Commissioner"). ECF No. 13 at 37.

The parties had fourteen (14) days to file written objections to the R&R. See id.; ECF No. 6. Plaintiff filed his Objection on June 1, 2026, ECF No. 14, to which Defendant responded on June 11, 2026, ECF No. 15. Plaintiff raised one (1) objection, namely that the Magistrate Judge "erred in concluding that the Administrative Law Judge properly evaluated Dr. Sessler's opinion." ECF No. 14 at 1. Plaintiff asserts that Dr. Sessler's opinions were not entirely consistent with the medical evidence. See id. at 1-2. Plaintiff raised this same argument in his Memorandum of Law in Support of Social Security Appeal. See ECF No. 10 at 10.

## II.

Under Rule 72(b)(3) of the Federal Rules of Civil Procedure, the court, having reviewed the record in its entirety, must make a de novo determination of the R&R to which the parties have specifically objected. Fed.R.Civ.P. 72(b)(3). "The district judge may accept, reject, or modify the recommended disposition; receive further evidence; or return the matter to the magistrate judge with instructions." Id.; see 28 U.S.C. § 636(b)(1). Objections to the R&R must be made "with sufficient specificity so as reasonably to alert the district court of the true ground for the objection."

Elijah v. Dunbar, 66 F.4th 454, 460 (4th Cir. 2023) (citation omitted). "[O]bjections need not be novel to be sufficiently specific." Id. (footnote omitted).

After reviewing the record in its entirety and conducting a de novo review of the portion of the R&R to which Plaintiff objected, the court agrees with the R&R and finds no error. Plaintiff's Objection contains general restatements of facts and arguments that the Magistrate Judge fully considered when making his findings and recommendations in the R&R. Accordingly, the court hereby **OVERRULES** Plaintiff's Objection, ECF No. 14, and **ADOPTS AND APPROVES IN FULL** the findings and recommendations set forth in the Magistrate Judge's thorough and well-reasoned R&R, ECF No. 13. The relief requested in Plaintiff's Memorandum of Law in Support of Social Security Appeal, ECF No. 10, is **DENIED**, and the relief requested in Defendant's Brief in Support of the Commissioner's Decision Denying Benefits, ECF No. 11, is **GRANTED**. The Commissioner's final decision is **AFFIRMED**, and this matter is **DISMISSED**.

The Clerk is **DIRECTED** to enter judgment in favor of Defendant, close the case on this court's docket, and send a copy of this Final Order to counsel for all parties.

**IT IS SO ORDERED.**

/s/
Rebecca Beach Smith
Senior United States District Judge

REBECCA BEACH SMITH
SENIOR UNITED STATES DISTRICT JUDGE

June 23 , 2026

3